1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NIRUP DAVE,                          No.  2:13-cv-1748-KJM-EFB PS

12              Plaintiff,

13        v.                              ORDER TO SHOW CAUSE

14   CITY OF SACRAMENTO,

15              Defendant.

16

17        On September 3, 2013, defendant filed a motion to dismiss the complaint for lack of

18   subject-matter jurisdiction and failure to state a claim.[1]  ECF No. 5.  Defendant noticed the

19   hearing on that motion for October 9, 2013.  *Id*.  Plaintiff subsequently filed a motion to continue

20   the hearing date, ECF No. 7, which was granted and the hearing was continued to October 30,

21   2013, ECF No. 8.

22        Court records reflect that plaintiff has not filed an opposition or statement of non-

23   opposition to the motion to dismiss.  Local Rule 230(c) provides that opposition to the granting of

24   a motion, or a statement of non-opposition thereto, must be served upon the moving party, and

25   filed with this court, no later than fourteen days preceding the noticed hearing date or, in this

26   instance, by October 16, 2013.  Local Rule 230(c) further provides that "[n]o party will be

27   _____

28   [1]  This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to 28
     U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302(c)(21).

                                          1

1   entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not

2   been timely filed by that party."

3         Local Rule 183, governing persons appearing in pro se, provides that failure to comply

4   with the Federal Rules of Civil Procedure and Local Rules may be grounds for dismissal,

5   judgment by default, or other appropriate sanctions.  Local Rule 110 provides that failure to

6   comply with the Local Rules "may be grounds for imposition by the Court of any and all

7   sanctions authorized by statute or Rule or within the inherent power of the Court."  *See also*

8   *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules

9   is a proper ground for dismissal.").  Pro se litigants are bound by the rules of procedure, even

10  though pleadings are liberally construed in their favor.  *King v. Atiyeh*, 814 F.2d 565, 567 (9th

11  Cir. 1987).

12        Accordingly, good cause appearing, it is hereby ORDERED that:

13        1.  The hearing on defendant's motion to dismiss (ECF No. 5) is continued to November

14  20, 2013.

15        2.  Plaintiff shall show cause, in writing, no later than November 6, 2013, why sanctions

16  should not be imposed for failure to timely file an opposition or a statement of non-opposition to

17  the pending motion.

18        3.  Plaintiff shall file an opposition to the motion, or a statement of non-opposition thereto,

19  no later than November 6, 2013.

20        4.  Failure of plaintiff to file an opposition to the motion will be deemed a statement of

21  non-opposition thereto, and may result in a recommendation that this action be dismissed for lack

22  of prosecution and/or for failure to comply with court orders and this court's Local Rules.  *See*

23  Fed. R. Civ. P. 41(b).

24        5.  Defendant may file a reply to plaintiff's opposition, if any, on or before November 13,

25  2013.

26  DATED:  October 23, 2013.

27                                EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

28